**Jesse VAN MYERS, Plaintiff–Appellant,**

v.

**Charlene WARREN, former Administrative Officer, Arizona USDA; et al., Defendants–Appellees.**

No. 02–16149.

D.C. No. CV–00–01080–PGR.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 21, 2003.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Before BEEZER, KLEINFELD, and PAEZ, Circuit Judges.

## MEMORANDUM **

Jesse Van Myers appeals pro se the district court's judgment dismissing his employment discrimination action for failure to timely file his federal complaint. We have jurisdiction pursuant to 28 U.S.C. § 1291, and review the dismissal de novo, *Bak v. Postal Serv.*, 52 F.3d 241, 243 (9th Cir.1995). We affirm.

Because Myers failed to file the complaint within ninety days of the date the right-to-sue letter was mailed, the district court properly dismissed his action with prejudice. *See Nelmida v. Shelly Eurocars, Inc.*, 112 F.3d 380, 384 (9th Cir.1997) (holding that ninety day period within which to file action began running when delivery of the notice was attempted at address of record); *see also* 29 C.F.R. § 1614.405(a) (hearing decisions are mailed by first class mail).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

